THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NASEAN BONIE, Defendant. DINA SFORZA, a Representative of News 12 the Bronx, L.L.C., Nonparty Appellant.

Submitted August 8, 2016; decided September 20, 2016

Motion by The New York Times Company et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ROGER COONEY, Respondent.

Decided September 20, 2016

Appeal dismissed, by the Court of Appeals, sua sponte, upon the ground that no appeal lies to the Court of Appeals from the Appellate Division order of reversal (see CPL 450.90 [2]).

Judge FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PERRY C. GRIGGS, Appellant.

Submitted August 1, 2016; decided September 20, 2016

Motion for reargument denied [see 27 NY3d 602 (2016)].

Judge FAHEY taking no part.